IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

Darrell Robeson )
)
    Plaintiffs, )
)
vs. ) C04-4092 DEO
)
) ATTORNEY FEE JUDGMENT
COMMISSIONER OF SOCIAL ) IN A CIVIL CASE
SECURITY, )
JO ANNE B. BARNHART, )
)
    Defendant. )

This matter came before the Court and

IT IS ORDERED AND ADJUDGED

That plaintiff's attorney be awarded attorney fees in the total amount of three-thousand two hundred eighteen dollars and seventy - five cents ($3,218.75), pursuant to 28 U.S.C. § 2412.

_____
DONALD E. O'BRIEN
SENIOR JUDGE NORTHERN
DISTRICT OF IOWA

9-27-05
DATED

Pridgen J. Watkins
CLERK

S/src
DEPUTY CLERK

67/43